289 F.2d 938
 129 U.S.P.Q. 335
 SENSYTROL CORPORATION, Plaintiff-Appellant,
v.
RADIO CORPORATION OF AMERICA, Defendant-Appellee, and
American Telephone& Telegraph Company et al., Defendants.
 No. 381, Docket 26838.
 United States Court of Appeals Second Circuit.
 Argued May 5, 1961.
Decided May 24, 1961.
 
 Robert W. Fiddler, New York City (Emil K. Ellis, New York City, on the brief), for plaintiff-appellant.
 James B. Henry, Jr., New York City (Cahill, Gordon, Reindel & Ohl, and William K. Kerr, New York City, on the brief), for defendant-appellee.
 Before LUMBARD, Chief Judge, and HINCKS and MOORE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion below, D.C.S.D.N.Y., 190 F.Supp. 121.